1  Bruce H. Jackson, State Bar No. 98118
   Irene V. Gutierrez, State Bar No. 252927
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
4  Facsimile: +1 415 576 3099
   Email:      bruce.h.jackson@bakernet.com
5  Email:      irene.v.gutierrez@bakernet.com

6  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | RAYMOND RILEY p.k.a. Boots Riley, | **Case No. C-08-01931** |
   | SOLOMON DAVID and MARLON IRVING |  |
13 | p.k.a. Lifesavas, | **DECLINATION TO PROCEED** |
   |  | **BEFORE A MAGISTRATE JUDGE** |
14 | Plaintiffs, | **AND** |
   |  | **REQUEST FOR REASSIGNMENT TO** |
15 | v. | **A UNITED STATES DISTRICT JUDGE** |
16 | NATIONAL TOBACCO COMPANY, LP, |  |
17 | Defendant. |  |

18

19         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20         The undersigned party hereby declines to consent to the assignment of this case to a United

21 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

22 a United States District Judge.

23

24 Dated: April 22, 2008              BAKER & McKENZIE LLP
                                      BRUCE H. JACKSON
25                                    IRENE V. GUTIERREZ

26
                                      By:_____/s/_____
27                                             Bruce H. Jackson
                                      Counsel for Defendant
28                                    NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6546769.1

Case No C-08-01931
DECLINATION TO PROCEED BEFORE MAG JUDGE/REQ REASSIGNMT TO US DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Embarcadero Center, 11th Floor, San Francisco, California 94111-3802. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 22, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

in a sealed envelope, postage fully paid, addressed as follows:

> Anthony E. McNamer, Esq.
> McNamer and Company P.C.
> 519 S.W. Third Avenue, Suite 601
> Portland, OR 97204-2534

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2008, at San Francisco, California.

_____/s/_____
Christine von Seeburg

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6546773.1