| Attorney or Party without Attorney:<br>ANTHONY E. MCNAMER<br>MCNAMER AND COMPANY P.C.<br>519 S. W. THIRD AVENUE<br>SUITE 601<br>PORTLAND, OR 97204<br>Telephone No: 503-727-2500 | For Court Use Only<br><br>**FILED**<br><br>08 APR 22 PM 3: 26<br><br>RICHARD W. WIEKING<br>CLERK. U S DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

Ref. No. or File No.:  500

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: RAYMOND RILEY, ect., et al.

Defendant: NATIONAL TOBACCO COMPANY, LP

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-01931 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT.

3. a. Party served:          NATIONAL TOBACCO, LP
   b. Person served:        MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    818 W. 7TH STREET
                                          LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 10:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NATIONAL TOBACCO, LP
   Other:  LIMITED PARTNERSHIP

7. *Person Who Served Papers:*
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA  90071
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)  Independent Contractor
      (ii) Registration No.:   5141
      (iii) County:            Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

   Date: Fri, Apr. 18, 2008