**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      NORTHERN DISTRICT OF CALIFORNIA
9
10   RAYMOND RILEY, et al.,                     Case No. C08-1931 EMC
11           Plaintiffs,
12       v.
13   NATIONAL TOBACCO COMPANY, LP.,
14           Defendant.
15   _____/
16
17
18
19   **NOTICE OF IMPENDING REASSIGNMENT TO**
20   **A UNITED STATES DISTRICT COURT JUDGE**
21       The Clerk of this Court will now randomly reassign this case to a United States District
22   Judge because either:
23       (x)  One or more of the parties has requested reassignment to a United States District
24   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
25
26       ( )  One or more of the parties has sought a type of judicial action (e.g., a temporary
27   restraining order) that a United States Magistrate Judge may not take without the consent of all
28   parties, the necessary consents have not been secured, and time is of the essence.

Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated: May 1, 2008               Richard W. Wieking, Clerk
                                 United States District Court

                                 _____
                                 By: Betty Fong, Deputy Clerk

2