**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                             415.522.2000

**May 2, 2008**

**CASE NUMBER:  CV 08-01931 EMC**
**CASE TITLE:  RAYMOND RILEY-v-NATIONAL TOBACCO COMPANY, LP**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/2/08

                                                FOR THE EXECUTIVE COMMITTEE:


                                                _____/s/ Richard W. Wieking_____
                                                                     Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                   Special Projects
Log Book Noted                                  Entered in Computer 5/2/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA