1  Bruce H. Jackson, State Bar No. 98118
    bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
    Telephone:  +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Defendant
    NATIONAL TOBACCO COMPANY, LP

6

7

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 RAYMOND RILEY p.k.a. Boots Riley,        Case No.  C-08-01931 JSW
    SOLOMON DAVID and MARLON IRVING
13 p.k.a. Lifesavas,                        **DECLARATION OF WINIFRED
                             CHANE IN SUPPORT OF MOTION
14           Plaintiffs,              BY DEFENDANT NATIONAL
                             TOBACCO COMPANY TO DISMISS,
15      v.                             TRANSFER OR STAY IN FAVOR OF
                             FIRST-FILED ACTION IN NEW
16 NATIONAL TOBACCO COMPANY LP,             YORK; OR IN THE ALTERNATIVE
                             TO DISMISS OR TRANSFER FOR
17          Defendant.               IMPROPER VENUE UNDER 12(B)(3)
                             AND 28 U.S.C. § 1406(a); OR, IN THE
18                            ALTERNATIVE, TO TRANSFER FOR
                             THE CONVENIENCE OF THE
19                            PARTIES AND WITNESSES UNDER
                           28 U.S.C. § 1404(a)**
20

21                          **Date:    June 13, 2008
                         Time:   9:00 a.m.
22                          Crtrm: 2, 17th Floor
                         Before: The Honorable Jeffrey S. White**
23                          **[FILED VIA E-FILING]**

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No C-08-01931 JSW
CHANE DECL IN SUPPORT OF MOTION BY DEF. NATIONAL TOBACCO TO TRANSFER/DISMISS OR STAY

I, Winifred Chane, declare as follows:

1.     I am Director of Marketing of The CMJ Network, Inc., which acts as an agent for defendant National Tobbacco Company, L.P. ("NTC") and runs NTC's Zig-Zag® Live ("ZigZagLive") promotions.  I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

2.     I attended ZigZagLive-sponsored concerts in November 2007 in New York, New York, and Boston, Massachusetts at which the band Galactic featuring Boots Riley and Lifesavas performed.

3.     At the end of the shows, Boots Riley spent significant time speaking with ZigZagLive marketing representatives at a ZigZag Live table.  The table included a number of items prominently featuring the Zig-Zag® brand, such as t-shirts, posters, and cigarette paper products.  ZizZagLive marketing representatives at the shows provided both Boots Riley and Lifesavas with lots of Zig-Zag® branded merchandise free of charge.  Boots Riley and Lifesavas accepted the merchandise, and did not complain of the affiliation with Zig-Zag®.

4.     Boots Riley, along with other performing members of the band Galactic, signed a number of posters containing the ZigZagLive logo.  True copies of two such posters are attached as Exhibit A.  Boots Riley signed the poster as "Boots," which is visible on Exhibit A.

5.     One item displayed at the ZigZagLive tables at the events was a ZigZag Live branded guitar to be given away through a sweepstakes entered through the ZigZagLive website.  During his visits with ZigZagLive marketing personnel at the shows, Boots Riley repeatedly requested that he be provided with a ZigZagLive guitar.  A true copy of a photo of the guitar is attached as Exhibit B.

6.     Neither Boots Riley nor the members of Lifesavas ever complained to me about sponsorship by or affiliation with ZigZag Live at the events, and I am not aware that they made any complaints regarding ZigZag Live's sponsorship before late March 2008.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this declaration was executed on May 2, 2008 at New York,

3    New York.

4

5

6
     NYCDMS/1085652.1
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

Case No. C-08-01931
CHANE DECL IN SUPPORT OF MOTION BY DEF. NATIONAL TOBACCO TO TRANSFER/DISMISS OR STAY

# Exhibit A



EXHIBIT A

GALACTIC

WITH MR. LIF AND BOOTS RILEY (OF THE COUP) & LIFESAVAS

# Exhibit B



EXHIBIT B