1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas, | **Case No.  C-08-01931 JSW** |
| 14  Plaintiffs, | **ADMINISTRATIVE MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY LP TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 15  v. | |
| 16  NATIONAL TOBACCO COMPANY LP, | **[Local Rule 3-12(b)]** |
| 17  Defendant. | **Before: The Honorable Jeffrey S. White** |
| 18 | **[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6547435.1

Case No C-08-01931 JSW
DEF'S ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Pursuant to Local Rule 3-12, Defendant National Tobacco Company ("NTC") submits this administrative motion to consider whether this case, Raymond Riley, et al., v. National Tobacco Company LP., United States District Court for the Northern District of California, Case No. C-08-1931 JSW, should be related with Timothy Parker and Xavier Mosley v. National Tobacco Company LP, United States District Court for the Northern District of California, Case No. C 08-01933 WHA, filed with this Court on April 11, 2008.

These cases involve the same defendant, National Tobacco Company LP ("NTC"). Plaintiffs in both actions are represented by the same counsel, Anthony E. McNamer. The dispute between NTC and plaintiffs in both the Riley and Parker actions arose out of NTC's marketing campaign for their Zig-Zag Live Tour 2007, in which the Riley and Parker plaintiffs all performed, and NTC's accurate and truthful use of plaintiffs' likenesses on its website. Plaintiffs in both the Riley and Parker actions make the same claims against NTC, namely: federal trademark claims based on 15 U.S.C. §1125, misappropriation claims under Cal. Civ. Proc. § 3344, and unfair competition claims based on Cal. Bus. & Prof. Code § 17200. See accompanying Declaration of Bruce H. Jackson in support of this Administrative Motion, Exhibit A and Exhibit B. Both actions arise from substantially identical transactions, happenings, and events, involve substantially the same parties, and will involve determination of some of the same or similar questions of law and fact.

It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Importantly, motions to dismiss, stay or transfer, in favor of a prior-filed New York District Court action, have been filed in both cases (the first such motion set for hearing in this Court on June 13, 2008, at 9:00 a.m) on grounds of the "first filed rule", improper venue and forum non conveniens. Having those important motions, grounded in the same facts and legal contentions, heard by the same Judge, will avoid burdensome duplication of labor for the Court and the parties and will avoid potentially inconsistent

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547435.1

1

Case No C-08-01931 JSW
DEF'S ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  rulings. Relating the cases will allow the elimination of duplicative discovery proceedings, prevent
2  inconsistent pre-trial rulings and conserve the resources of the parties, their counsel and the
3  judiciary.

Dated: May 5, 2008                                   Respectfully submitted,

                                                      BAKER & McKENZIE LLP
                                                      BRUCE H. JACKSON


                                                      By: /s/
                                                          Bruce H. Jackson
                                                          Attorneys for Defendant
                                                          NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547435.1

2

Case No C-08-01931 JSW
DEF'S ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED