Bruce H. Jackson, State Bar No. 98118
bruce.h.jackson@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas,<br><br>     Plaintiffs,<br><br>     v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>     Defendant. | **Case No.  C-08-01931 JSW**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL TOBACCO COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Local Rule 3-12(f)]**<br><br>**Before: The Honorable Jeffrey S. White**<br><br>**[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6547462.1

Case No C-08-01931 JSW
[PROPOSED] ORDER RELATING CASES

1  The administrative motion of Defendant National Tobacco Company LP ("NTC") to
2  consider whether cases should be related pursuant to Local Rule 3-12 having been submitted, and
3  after considering the moving and opposition papers, and all other matters presented to the Court,
4     IT IS HEREBY ORDERED that this case is indeed related to the case entitled <u>Timothy
5  Parker, et al. v. National Tobacco Company LP</u>, United States District Court for the Northern
6  District of California, Case No. C-08-01933 WHA, filed in this Court on April 11, 2008, and, in the
7  interests of judicial efficiency, both cases are now hereby ordered assigned to my courtroom.
8     **IT IS SO ORDERED.**

10 Date: _____
11                                       The Honorable Jeffrey S. White
                                      United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547462.1

Case No C-08-01931 JSW
[PROPOSED] ORDER RELATING CASES