1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
4  Facsimile: +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01931 JSW<br><br>**CERTIFICATE OF SERVICE OF**<br><br>**ADMINISTRATIVE MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY LP TO CONSIDER WHETHER CASES SHOULD BE RELATED;**<br><br>**DECLARATION OF BRUCE H. JACKSON; AND**<br><br>**PROPOSED ORDER**<br><br>[Local Rule 3-12]<br><br>Before: The Honorable Jeffrey S. White<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No C-08-01931 JSW
CERTIFICATE OF SERVICE OF DEF'S ADM MTN TO CONSIDER WHETHER CASES SHOULD BE RELATED, DECL & PROP ORDER
SFODMS/6547753.1

# CERTIFICATE OF SERVICE

I, Tawnya Lee, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111. On May 5, 2008, I served the attached

1. **ADMINISTRATIVE MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY LP TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF BRUCE H. JACKSON IN SUPPORT OF ADMINISTRATIVE MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

3. **[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL TOBACCO COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED.**

By USDC Live System-Document Filing System on all interested parties registered for e-filing. In addition, I served the above documents on the following parties by electronic mail:

| | |
|---|---|
| **Anthony E. McNamer, Esq.**<br>**Anthony@mcnamerlaw.com**<br>**McNAMER AND COMPANY P.C.**<br>**519 S.W. Third Avenue, Suite 601**<br>**Portland, Oregon 97204-2534**<br><br>**Telephone:    503.727.2500**<br>**Facsimile:    503.727.2501** | Attorneys for Plaintiffs Raymond Riley, Solomon David and Marlon Irving in the present case; and<br><br>Attorneys for Plaintiffs Timothy Parker and Xavier Mosley in the <u>Timothy Parker, et al. v. National Tobacco Company LP.</u> case, USDC-ND-CA Case No. C-08-01933 WHA |

☒ **(VIA ELECTRONIC TRANSMISSION)** I caused each such document to be sent via electronic transmission to the e-mail address referenced above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on May 5, 2008.

*/s/ Tawnya M. Lee*
Tawnya Lee

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

Case No C-08-01931 JSW
CERTIFICATE OF SERVICE OF DEF'S ADM MTN TO CONSIDER WHETHER CASES SHOULD BE RELATED, DECL & PROP ORDER
SFODMS/6547753.1