1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

12 RAYMOND RILEY p.k.a. Boots Riley,            **Case No. C-08-01931 JSW**
   SOLOMON DAVID and MARLON IRVING
13 p.k.a. Lifesavas,                            **NOTICE OF PENDENCY OF OTHER
                                                ACTION OR PROCEEDING IN NEW
14                  Plaintiffs,                 YORK BY DEFENDANT NATIONAL
                                                TOBACCO COMPANY LP**
15            v.
                                                **Before: The Honorable Jeffrey S. White**
16 NATIONAL TOBACCO COMPANY LP,

17                  Defendant.                  **[FILED VIA E-FILING]**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547436.1

Case No C-08-01931 JSW
DEF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

Pursuant to Local Rule 3-13, Defendant National Tobacco Company ("NTC") hereby notifies the Court of the following case, <u>National Tobacco Company, LP v. Timothy Parker and Xavier Mosley p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a. Lifesavas</u>, United States District Court for the Southern District of New York, Case No. 08-CV-03383-SAS, filed on April 4, 2008.

The matter pending before the Southern District of New York involves identical parties to this action, and involves nearly identical issues. Specifically, NTC filed suit against Raymond Riley (p.k.a Boots Riley), Solomon David and Marlon Irving (p.k.a Lifesavas), among others, in the Southern District of New York. NTC's complaint sought relief on trademark claims based on 15 U.S.C. § 1125, defamation, tortious interference with contract, and trade libel claims.

In their suit in the Northern District of California, Riley, David and Irving ("Riley Plaintiffs") assert federal trademark claims based on 15 U.S.C. § 1125, misappropriation claims under Cal. Civ. Proc. § 3344, and unfair competition claims based on Cal. Bus. & Prof. Code § 17200.

In both the New York and California actions, the dispute between NTC and the Riley plaintiffs arose out of NTC's marketing campaign for their Zig-Zag Live Tour 2007, in which the Riley plaintiffs all performed. The parties' claims in both jurisdictions all arise out of the Zig-Zag Live Tour. Both the New York and California actions arise from substantially identical transactions, happenings, and events, involve substantially the same parties, and will involve determination of some of the same or similar questions of law and fact.

It appears likely that there will be an unduly burdensome duplication of labor and expense, or conflicting results if the cases are conducted before different Judges. Coordination of these cases will allow the elimination of duplicative discovery proceedings, prevent inconsistent pre-trial rulings and conserve the resources of the parties, their counsel and the judiciary.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547436.1

1

Case No C-08-01931 JSW
DEF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

Consequently, Defendant has filed concurrently herewith its Motion to Dismiss or Stay in Favor of the First-Filed Action in New York; or in the Alternative to Dismiss or Transfer for Improper Venue under Fed. R. Civ. Proc. 12(b)(3) and 28 U.S.C. § 1406(a); or in the Alternative, to Transfer for the Convenience of the Parties and Witnesses under 28 U.S.C. § 1404(a).

Dated:  May 5, 2008

BAKER & McKENZIE LLP
BRUCE H. JACKSON


By:  /s/
    Bruce H. Jackson
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6547436.1

2

Case No C-08-01931 JSW
DEF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING