1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas, | **Case No. C-08-01931 JSW** |
|---|---|---|
| 13 | | **NOTICE OF INTERESTED PARTIES BY DEFENDANT NATIONAL TOBACCO COMPANY LP** |
| 14 | Plaintiffs, | |
| 15 | v. | **Before: The Honorable Jeffrey S. White** |
| 16 | NATIONAL TOBACCO COMPANY LP, | |
| 17 | Defendant. | **[FILED VIA E-FILING]** |

18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6547431.1

Case No C-08-01931 JSW
DEF'S NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 3-16, Defendant National Tobacco Company LP ("NTC") hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, either: (i) have a financial interest in the subject matter in controversy or in a party to this proceeding, or (ii) have a non-financial interest in this subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| Interested Party | Party's Connection and Interest |
| --- | --- |
| 1. NORTH ATLANTIC HOLDING COMPANY, a Delaware corporation with its principal place of business in Louisville, Kentucky. | Indirect parent company of Defendant NTC. |

Dated:  May 5, 2008

BAKER & McKENZIE LLP
BRUCE H. JACKSON

By:  /s/
     Bruce H. Jackson
     Attorneys for Defendant
     NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547431.1

1

Case No C-08-01931 JSW
DEF'S NOTICE OF INTERESTED PARTIES