1   Bruce H. Jackson, State Bar No. 98118
     bruce.h.jackson@bakernet.com
2   **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
3   San Francisco, CA  94111-3802
    Telephone: +1 415 576 3000
4   Facsimile:  +1 415 576 3099

5   Attorneys for Defendant
    NATIONAL TOBACCO COMPANY, LP

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   RAYMOND RILEY p.k.a. Boots Riley,          Case No. C-08-01931 JSW
     SOLOMON DAVID and MARLON IRVING
13   p.k.a. Lifesavas,                          **STIPULATION AND
                                                [PROPOSED] ORDER**
14            Plaintiffs,
                                                **CONTINUING HEARING DATE OF
15        v.                                    MOTION BY DEFENDANT
                                                NATIONAL TOBACCO COMPANY
16   NATIONAL TOBACCO COMPANY LP,               TO DISMISS, STAY OR TRANSFER
                                                IN FAVOR OF FIRST-FILED ACTION
17            Defendant.                        IN NEW YORK; OR, IN THE
                                                ALTERNATIVE, TO TRANSFER FOR
18                                              THE CONVENIENCE OF THE
                                                PARTIES AND WITNESSES UNDER
19                                              28 U.S.C. § 1404(a)**

20                                              **Existing Date:**  June 13, 2008
                                                **Time:**              9:00 a.m.
21                                              **Crtrm:**             2, 17th Floor
                                                **Before: The Honorable Jeffrey S. White**
22
                                                **REQUESTED DATE: June 20, 2008**
23
                                                **[FILED VIA E-FILING]**
24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No C-08-01931 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548567.1

1    Plaintiffs Raymond Riley, Solomon David and Marlon Irving ("Plaintiffs") and Defendant

2  National Tobacco Company ("Defendant"), through their respective counsel of record, agree and

3  stipulate as follows:

4    WHEREAS, by Order granting Defendant National Tobacco Company LP's motion to

5  consider whether cases are related, dated May 9, 2008, the case entitled <u>Parker, et al. v. National</u>

6  <u>Tobacco Company LP,</u> Case No. C 08-01933 WHA ("the <u>Parker</u> case") was found to be related to

7  the above-captioned case;

8    WHEREAS, Defendant had previously filed in the above-captioned case a motion for an

9  order dismissing, staying or transferring the action in favor of the first-filed action in the United

10  States District Court for the Southern District of New York, or in the alternative, transferring this

11  action for the convenience of the parties and witnesses under 28 U.S.C. § 1404 ("Motion"), which

12  was set for hearing on June 13, 2008;

13    WHEREAS, in the <u>Parker</u> case, Defendant had also filed a similar motion for an order

14  dismissing, staying or transferring the action in favor of the first-filed action in the United States

15  District Court for the Southern District of New York, or in the alternative, transferring this action for

16  the convenience of the parties and witnesses under 28 U.S.C. § 1404, in this court, which had

17  previously been set for hearing on June 19, 2008 at 8:00 a.m. before the Honorable William Alsup;

18    WHEREAS, once the above-captioned case and the <u>Parker</u> case were related and for

19  purposes of judicial economy, Defendant filed a re-notice of the hearing date of the Motion from

20  June 19, 2008 to June 13, 2008, at 9:00 a.m. in the <u>Parker</u> case, to coincide with the existing hearing

21  date of Defendant's motion the <u>Riley</u> case;

22    WHEREAS, counsel for Plaintiffs Raymond Riley p.k.a. Boots Riley, Solomon David and

23  Marlon Irving p.k.a. Lifesavas, is unavailable to travel to San Francisco to attend the June 13, 2008

24  hearing, due to previously scheduled commitments.

25    IT IS HEREBY STIPULATED AND AGREED UPON, that due to the unavailability of

26  Plaintiffs' counsel to attend the hearing set for June 13, 2008, the hearing date for the Motion,

27  presently scheduled for June 13, 2008 at 9:00 a.m. before the Honorable Jeffrey S. White, in

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No C-08-01931 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548567.1

1   Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, 17th Floor, San

2   Francisco, CA  94102, shall be continued to **June 20, 2008 at 9:00 a.m.**, in the same location.

3       **IT IS SO STIPULATED.**

4

5   Dated:  May ___, 2008                    Respectfully submitted,

6                                            BAKER & McKENZIE LLP
                                             BRUCE H. JACKSON
7

8                                            By: _____
9                                               Bruce H. Jackson
                                                Attorneys for Defendant
10                                              NATIONAL TOBACCO COMPANY, LP

11

12  Dated:  May ___, 2008                    McNamer & Company P.C.
                                             Anthony E. McNamer
13

14                                           By: _____
15                                              Anthony E. McNamer
                                                Attorneys for Plaintiffs
16                                              RAYMOND RILEY
                                                p.k.a. Boots Riley,
17                                              SOLOMON DAVID and
                                                MARLON IRVING
18                                              p.k.a. Lifesavas

19

20                                              **ORDER**

21      **IT IS SO ORDERED.**

22

23      Date:_____         _____

24                                           U.S. DISTRICT COURT JUDGE

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No C-08-01931 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548567.1