1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
4  Facsimile: +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01931 JSW<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>CONTINUING HEARING DATE OF MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR, IN THE ALTERNATIVE, TO TRANSFER FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)<br><br>Existing Date:   June 13, 2008<br>Time:            9:00 a.m.<br>Crtrm:           2, 17th Floor<br>Before: The Honorable Jeffrey S. White<br><br>REQUESTED DATE: June 20, 2008<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548567.1

Case No C-08-01931 JSW

1   Plaintiffs Raymond Riley, Solomon David and Marlon Irving ("Plaintiffs") and Defendant National Tobacco Company ("Defendant"), through their respective counsel of record, agree and stipulate as follows:

WHEREAS, by Order granting Defendant National Tobacco Company LP's motion to consider whether cases are related, dated May 9, 2008, the case entitled Parker, et al. v. National Tobacco Company LP, Case No. C 08-01933 WHA ("the Parker case") was found to be related to the above-captioned case;

WHEREAS, Defendant had previously filed in the above-captioned case a motion for an order dismissing, staying or transferring the action in favor of the first-filed action in the United States District Court for the Southern District of New York, or in the alternative, transferring this action for the convenience of the parties and witnesses under 28 U.S.C. § 1404 ("Motion"), which was set for hearing on June 13, 2008;

WHEREAS, in the Parker case, Defendant had also filed a similar motion for an order dismissing, staying or transferring the action in favor of the first-filed action in the United States District Court for the Southern District of New York, or in the alternative, transferring this action for the convenience of the parties and witnesses under 28 U.S.C. § 1404, in this court, which had previously been set for hearing on June 19, 2008 at 8:00 a.m. before the Honorable William Alsup;

WHEREAS, once the above-captioned case and the Parker case were related and for purposes of judicial economy, Defendant filed a re-notice of the hearing date of the Motion from June 19, 2008 to June 13, 2008, at 9:00 a.m. in the Parker case, to coincide with the existing hearing date of Defendant's motion the Riley case;

WHEREAS, counsel for Plaintiffs Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving p.k.a. Lifesavas, is unavailable to travel to San Francisco to attend the June 13, 2008 hearing, due to previously scheduled commitments.

IT IS HEREBY STIPULATED AND AGREED UPON, that due to the unavailability of Plaintiffs' counsel to attend the hearing set for June 13, 2008, the hearing date for the Motion, presently scheduled for June 13, 2008 at 9:00 a.m. before the Honorable Jeffrey S. White, in

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

Case No C-08-01931 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548567.1

Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102, shall be continued to **June 20, 2008 at 9:00 a.m.**, in the same location.

**IT IS SO STIPULATED.**

Dated: May 13, 2008

Respectfully submitted,

BAKER & McKENZIE LLP
BRUCE H. JACKSON

By: /s/ Bruce H. Jackson
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Dated: May 13, 2008

McNamer & Company P.C.
Anthony E. McNamer

By: /s/ Anthony E. McNamer
Attorneys for Plaintiffs
RAYMOND RILEY
p.k.a. Boots Riley,
SOLOMON DAVID and
MARLON IRVING
p.k.a. Lifesavas

**ORDER**

IT IS SO ORDERED.

Date: May 14, 2008

/s/ Jeffrey S. White
U.S. DISTRICT COURT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

Case No C-08-01931 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548567.1