1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  Irene V. Gutierrez, State Bar No. 252927
   irene.v.gutierrez@bakernet.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas,<br><br>14          Plaintiffs,<br><br>15    v.<br><br>16  NATIONAL TOBACCO COMPANY LP,<br><br>17          Defendant. | **Case No. C-08-01931 JSW**<br><br>**NOTICE OF APPEARANCE**<br>**OF IRENE V. GUTIERREZ**<br><br>**[FILED VIA E-FILING]** |

18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6549840.1

1    I am one of the attorneys for Defendant National Tobacco Company, LP in this action and,
2    pursuant to General Order 45, section IV.C, I am filing this Notice of Appearance so that I may
3    electronically file/serve and receive all documents in this matter.
4    My pertinent information is as follows:

5    Irene V. Gutierrez (State Bar No. 252927)
     Baker & McKenzie LLP
6    Two Embarcadero Center, 11th Floor
     San Francisco, CA  94111
7    Telephone:  415 576 3000
     Facsimile:  415 576 3099
8    e-mail:  irene.v.gutierrez@bakernet.com

9    Attorney for Defendant NATIONAL TOBACCO COMPANY, LP

10

11   Dated:  May 30, 2008                    BAKER & McKENZIE LLP
                                             BRUCE H. JACKSON
12                                           IRENE V. GUTIERREZ

13
                                             By:  /s/
14                                                Irene v. Gutierrez
                                             Attorneys for Defendant
15                                           NATIONAL TOBACCO COMPANY, LP

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6549840.1

1

Case No C-08-01931 JSW
NOTICE OF APPEARANCE OF IRENE V. GUTIERREZ