| | |
|---|---|
| 1 | Bruce H. Jackson, State Bar No. 98118 |
|   | bruce.h.jackson@bakernet.com |
| 2 | Irene V. Gutierrez, State Bar No. 252927 |
|   | irene.v.gutierrez@bakernet.com |
| 3 | **BAKER & McKENZIE LLP** |

Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Marcella Ballard, Admitted *Pro Hac Vice*
marcella.ballard@bakernet.com
**BAKER & MCKENZIE LLP**
1114 Avenue of the Americas
New York, NY  10036
Telephone: +1 212 626 4100
Facsimile:  +1 212 310 1600

Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas, | **Case No. C-08-01931 JSW** |
| Plaintiffs, | **NOTICE OF APPEARANCE OF MARCELLA BALLARD** |
| v. | **[FILED VIA E-FILING]** |
| NATIONAL TOBACCO COMPANY LP, | |
| Defendant. | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6549841.1

Case No C-08-01931 JSW
NOTICE OF APPEARANCE OF MARCELLA BALLARD

1   I am one of the attorneys for Defendant National Tobacco Company, LP in this action and, pursuant to General Order 45, section IV.C, I am filing this Notice of Appearance so that I may electronically file/serve and receive all documents in this matter.

My pertinent information is as follows:

Marcella Ballard (Admitted *Pro Hac Vice* in this matter on May 16, 2008)
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: 212 626 4100
Facsimile: 212 310 1600
e-mail: marcella.ballard@bakernet.com

Attorney for Defendant NATIONAL TOBACCO COMPANY, LP

Dated: May 30, 2008

BAKER & McKENZIE LLP
BRUCE H. JACKSON
IRENE V. GUTIERREZ

BAKER & McKENZIE LLP
MARCELLA BALLARD


By: /s/
    Marcella Ballard
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6549841.1