1  Bruce H. Jackson, State Bar No. 98118
    bruce.h.jackson@bakernet.com
2  Irene V. Gutierrez, State Bar No. 252927
    irene.v.gutierrez@bakernet.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  Marcella Ballard, Admitted *Pro Hac Vice*
    marcella.ballard@bakernet.com
7  John A. Basinger, State Bar No. 219899
    john.a.basinger@bakernet.com
8  **BAKER & MCKENZIE LLP**
   1114 Avenue of the Americas
9  New York, NY  10036
   Telephone: +1 212 626 4100
10 Facsimile:  +1 212 310 1600

11 Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | **Case No. C-08-01931 JSW**<br><br>**NOTICE OF APPEARANCE OF JOHN A. BASINGER**<br><br>**[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6550683.1

Case No C-08-01931 JSW
NOTICE OF APPEARANCE OF JOHN A. BASINGER

1    I am one of the attorneys for Defendant National Tobacco Company, LP in this action and, pursuant to General Order 45, section IV.C, I am filing this Notice of Appearance so that I may electronically file/serve and receive all documents in this matter.

My pertinent information is as follows:

John A. Basinger (Admitted May 19, 2008)
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY  10036
Telephone:  212 626 4100
Facsimile:  212 310 1600
e-mail:  john.a.basinger@bakernet.com

Attorney for Defendant NATIONAL TOBACCO COMPANY, LP

Dated:  June 6, 2008

**BAKER & McKENZIE LLP**
BRUCE H. JACKSON
IRENE V. GUTIERREZ

**BAKER & McKENZIE LLP**
MARCELLA BALLARD
JOHN A. BASINGER


By:  /s/
     John A. Basinger
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6550683.1

1

Case No C-08-01931 JSW
NOTICE OF APPEARANCE OF JOHN A. BASINGER