**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT

7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9    RAYMOND RILEY, et al.

10              Plaintiffs,                        No. C 08-01931 JSW

11       v.                                        **ORDER VACATING HEARING
                                                   DATE**
12   NATIONAL TOBACCO COMPANY, LP,

13              Defendant.
                                              /
14

15          This matter is set for a hearing on June 20, 2008, on Defendant's Motion to Dismiss,

16   Stay or Transfer in Favor of First-Filed Action in New York, having considered the parties'

17   pleadings, the Court finds the matter suitable for disposition without oral argument and

18   HEREBY VACATES the hearing date. *See* N.D. Civ. L.R. 7-1(b). The matter is deemed

19   submitted and a written ruling shall issue in due course.

20          **IT IS SO ORDERED.**

21

22   Dated: June 10, 2008                         _____
                                                  JEFFREY S. WHITE
23                                                UNITED STATES DISTRICT JUDGE

24
25
26
27
28