1  Bruce H. Jackson, State Bar No. 98118
      bruce.h.jackson@bakernet.com
2  Irene V. Gutierrez, State Bar No. 252927
      irene.v.gutierrez@bakernet.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
5  Facsimile: +1 415 576 3099

6  Marcella Ballard, Admitted *Pro Hac Vice*
      marcella.ballard@bakernet.com
7  **BAKER & McKENZIE LLP**
   1114 Avenue of the Americas
8  New York, NY 10036
   Telephone: +1 212 626 4100
9  Facsimile: +1 212 310 1600

10 Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| | |
|---|---|
| RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01931 JSW<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(ii)]<br><br>**Courtroom:** 2, 17th Floor<br>**Before:** The Honorable Jeffrey S. White<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111

Case No C-08-01931 JSW
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1  WHEREAS, Plaintiffs Raymond Riley, p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a. Lifesavas ("Plaintiffs") and Defendant National Tobacco Company LP ("Defendant") (collectively the "Parties"), by and through their attorneys, have settled fully and finally this matter, as reflected in formal settlement papers entitled "Confidential Settlement Agreement and Mutual Release" ("the Settlement Agreement");

WHEREAS, pursuant to the terms and conditions of the Settlement Agreement and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties desire a dismissal with prejudice of all claims in this litigation;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED AS FOLLOWS:

That the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear its own attorneys' fees and costs.

Dated: July 30, 2008

Respectfully submitted,

**BAKER & McKENZIE LLP**
BRUCE H. JACKSON
IRENE V. GUTIERREZ

**BAKER & McKENZIE LLP**
MARCELLA BALLARD

By: _____
    Marcella Ballard
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Dated: July 30, 2008

**McNAMER AND COMPANY P.C.**
ANTHONY E. McNAMER

By: _____
    Anthony E. McNamer
Attorneys for Plaintiffs
RAYMOND RILEY, p.k.a. Boots Riley,
SOLOMON DAVID and
MARLON IRVING p.k.a. Lifesavas

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111

1

Case No C-08-01931 JSW
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE